# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CARL LAWRENCE,<br><br>　　　　　　　Petitioner,<br>　vs.<br><br>ROBERT TRIMBLE, Warden, et al.,<br><br>　　　　　　　Respondents. | Civil No. 12-2857 LAB (WVG)<br><br>**ORDER DENYING FOR CERTIFICATE OF APPEALABILITY** |

On November 30, 2012, Petitioner filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, along with a request to proceed in forma pauperis. In his Petition, Petitioner challenged the validity and amount of the restitution fine imposed as a result of his state court conviction. This Court dismissed the Petition because the this Court does not have jurisdiction over a claim which merely challenges a restitution order. *See Bailey v. Hill*, 599 F.3d 976, 980 (9th Cir. 2010).

Petitioner has now filed a petition for certificate of appealability. A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). For the same reasons set forth in this Court's Order dismissing the petition, the Court finds Petitioner cannot demonstrate that reasonable jurists would find this Court's dismissal of his petition debatable. *See Miller-El v.*

1 | *Cockrell*, 537 U.S. 322, 327 (2003); *see also Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
2 | Therefore, the Court **DENIES** a certificate of appealability.
3 |     **IT IS SO ORDERED**.

5 | DATED: February 20, 2013

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge